ORIGINAL

THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
MAY 24 2006
U.S. COURT OF FEDERAL CLAIMS

EXIDE TECHNOLOGIES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

Civil Action No. 06-413 C

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff, Exide Technologies, Inc. ("Exide"), by its undersigned attorney, hereby makes the following disclosure statement pursuant to RCFC 7.1:

Exide is a publicly traded company ("XIDE") on NASDAQ. XIDE is the parent corporation and to the best of its knowledge there are curren[illegible] ies that own 10% or more of its stock.

Original

May 23, 2006

William
William M. W
SULLIVAN &
1666 K Street,
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

Counsel of Record for Plaintiff Exide Technologies, Inc.

FJT

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| EXIDE TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Civil Action No. |

**CERTIFICATE OF SERVICE**

I certify that on this 23 day of May, 2006, the undersigned caused a true and correct copy of the attached PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT, in the above-captioned matter, to be served upon Tara Hogan at the Department of Justice, Commercial Litigation Branch, by FedEx.

Joyce L. Tong