ORIGINAL

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

FILED
MAY 24 2006
U.S. COURT OF
FEDERAL CLAIMS

EXIDE TECHNOLOGIES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

Civil Action No. 06-413 C

**JOINT EMERGENCY MOTION FOR AN EXPEDITED INITIAL STATUS CONFERENCE**

Plaintiff, Exide Technologies, Inc. ("Exide"), and defendant, the United States, (collectively, the "Parties"), by their undersigned attorneys, hereby respectfully request that the Court to set an initial status conference in the above-captioned case as soon as is practicable.

As grounds for this motion, the Parties offer their Memorandum in Support of Their Joint Emergency Motion for an Expedited Initial Status Conference, which is being filed concurrently with this motion.

Respectfully submitted,

The UNITED STATES OF AMERICA

BY ITS ATTORNEYS,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

PATRICIA M. MCCARTHY
Assistant Director

TARA K. HOGAN
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 307-1011
(202) 514-8624 (fax)
*Counsel of Record for Defendant the United States of America*

EXIDE TECHNOLOGIES, INC.

BY ITS ATTORNEYS,

William Weisberg JLT
William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)
*Counsel of Record for Plaintiff Exide Technologies, Inc.*

May 23, 2006

Beth L. Jacobson
Joyce L. Tong
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2872
(617) 338-2880 (fax)

*Of Counsel for Plaintiff Exide Technologies, Inc.*

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

EXIDE TECHNOLOGIES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

Civil Action No.

## CERTIFICATE OF SERVICE

I certify that on this 23 day of May, 2006, the undersigned caused a true and correct copy of the attached JOINT EMERGENCY MOTION FOR AN EXPEDITED INITIAL STATUS CONFERENCE, in the above-captioned matter, to be served upon Tara Hogan at the Department of Justice, Commercial Litigation Branch, by FedEx.

Joyce L. Tong

ORIGINAL

THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
MAY 24 2006
U.S. COURT OF FEDERAL CLAIMS

EXIDE TECHNOLOGIES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

Civil Action No. 06-413 C

**JOINT MEMORANDUM IN SUPPORT OF THE PARTIES' JOINT EMERGENCY MOTION FOR AN EXPEDITED INITIAL STATUS CONFERENCE**

Plaintiff, Exide Technologies, Inc. ("Exide"), and defendant, the United States, (collectively, the "parties"), by their undersigned attorneys, respe[illegible] set an initial status conference in the above-captioned case as soo[illegible]

Original

**BACKGROUND**

Simultaneous with the filing of this motion and memorand[illegible] complaint alleging that the United States, by and through the Department of the Navy ("Navy"), acted arbitrarily, capriciously, and in violation of law when it awarded the contract to Submarine Services Network LLC ("SSN"), a motion and memorandum of law for limited expedited discovery, a motion and memorandum of law seeking a protective order, and a motion and memorandum of law for leave to file under seal. The parties also filed a Joint Stipulation, attached hereto as Exhibit A, whereby pursuant to representations by the United States and by Exide, set forth more fully in the simultaneously filed Joint Stipulation, Exide is not currently filing a motion seeking a temporary restraining order ("TRO") and preliminary injunction ("PI").

The Joint Stipulation provides for certain circumstances by which plaintiff could move for a TRO and/or PI.

Exide, the incumbent contractor for the Navy, currently has a bridge contract to continue providing services to the Navy through June 30, 2006. Despite the award of the new contract under Solicitation number N00164-05-R-6950 to SSN, the Navy agreed that it would maintain the current bridge contract with Exide through at least June 30, 2006. See Exhibit A (Joint Stipulation).

**ARGUMENT**

The parties seek to move this bid protest along as expeditiously as possible. Given that there is currently a bridge contract between the Navy and the protester, Exide, until June 30, 2006, by which the parties will abide, it is in all parties' best interest to resolve this matter prior to June 30, 2006. As such, in order to "fast track" this bid protest, the parties request that this Court schedule an initial status conference pursuant to Appendix C § IV of the Rules of the Court of Federal Claims as soon as is practicable. The parties appreciate the Court's consideration of this. The parties are available for a telephonic status conference on Thursday, May 25, 2006.

Respectfully submitted,

The UNITED STATES OF AMERICA

BY ITS ATTORNEYS,

________________________
PETER D. KEISLER
Assistant Attorney General

EXIDE TECHNOLOGIES, INC.

BY ITS ATTORNEYS,

William Weisberg JLT
William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW

DAVID M. COHEN
Director

PATRICIA M. MCCARTHY
Assistant Director

TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 307-1011
(202) 514-8624 (fax)
*Counsel of Record for Defendant the United States of America*

May 22, 2006

Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)
*Counsel of Record for Plaintiff Exide Technologies, Inc.*

Beth L. Jacobson
Joyce L. Tong
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2872
(617) 338-2880 (fax)

*Of Counsel for Plaintiff Exide Technologies, Inc.*

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

EXIDE TECHNOLOGIES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

Civil Action No.

## CERTIFICATE OF SERVICE

I certify that on this 23 day of May, 2006, the undersigned caused a true and correct copy of the attached JOINT MEMORANDUM IN SUPPORT OF THE PARTIES' JOINT EMERGENCY MOTION FOR AN EXPEDITED INITIAL STATUS CONFERENCE, in the above-captioned matter, to be served upon Tara Hogan at the Department of Justice, Commercial Litigation Branch, by FedEx.

Joyce L. Tong

Joyce L. Tong

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| EXIDE TECHNOLOGIES, INC.<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Civil Action No. |

**JOINT STIPULATION BETWEEN**
**EXIDE TECHNOLOGIES, INC. AND THE UNITED STATES**

Exide Technologies, Inc. ("Exide") agrees to not immediately move for a Temporary Restraining Order and Preliminary Injunction at the Court of Federal Claims as the United States has represented that the Department of the Navy (the "Navy") intends to comply with the current bridge contract between it and Exide through June 30, 2006. If it does not appear that the litigation in the Court of Federal Claims will be resolved on or before June 30, 2006, Exide intends to give the United States reasonable notice of filing a Motion for Temporary Restraining Order and Preliminary Injunction. If the United States determines that it will terminate the bridge contract for any reason and/or go forward with the new contract with Submarine Services Network LLC ("SSN"), the contract awardee under the contract which is the subject of this bid protest action, the United States agrees that it will provide Exide with reasonable notice thereof. In the event that Exide receives such notice, Exide intends to file a Motion for Temporary Restraining Order and Preliminary Injunction.

The parties agree that all rights are reserved and this joint stipulation in no way affects Exide's right to seek permanent injunctive relief.

Respectfully submitted,

The UNITED STATES OF AMERICA

BY ITS ATTORNEYS,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

PATRICIA M. MCCARTHY
Assistant Director

TARA K. HOGAN
Tara K. Hogan
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 307-1011
(202) 514-8624 (fax)
*Counsel of Record for Defendant the United States of America*
May 22, 2006

EXIDE TECHNOLOGIES, INC.

By its attorneys,

William Weisberg JLT
William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)
*Counsel of Record for Plaintiff Exide Technologies, Inc.*

Beth L. Jacobson
Joyce L. Tong
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2872
(617) 338-2880 (fax)

*Of Counsel for Plaintiff Exide Technologies, Inc.*



{B0521398; 2}

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| EXIDE TECHNOLOGIES, INC., Plaintiff, v. UNITED STATES, Defendant. | Civil Action No. |

## CERTIFICATE OF SERVICE

I certify that on this 23 day of May, 2006, the undersigned caused a true and correct copy of the attached JOINT STIPULATION BETWEEN EXIDE TECHNOLOGIES, INC. AND THE UNITED STATES, in the above-captioned matter, to be served upon Tara Hogan at the Department of Justice, Commercial Litigation Branch, by FedEx.

Joyce L. Tong