ORIGINAL

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

FILED
MAY 24 2006
U.S. COURT OF FEDERAL CLAIMS

EXIDE TECHNOLOGIES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

Civil Action No. 06-413 C

## PLAINTIFF EXIDE TECHNOLOGIES, INC.'S MOTION FOR A PROTECTIVE ORDER

Plaintiff, Exide Technologies, Inc. ("Exide"), by its undersigned attorney, hereby moves the Court pursuant to Appendix C § VI of the Rules of the Court of Federal Claims for a protective order in the above-captioned case to ensure the protection of sensitive information, to define the procedures for obtaining access thereto, and to dispose of the protected information at the conclusion of the case.

As grounds for this motion, Exide offers its Memorandum in Support of Plaintiff's Motion for a Protective Order, which is being filed concurrently with this motion.

Respectfully submitted,

EXIDE TECHNOLOGIES, INC.

By its attorneys,

May 23, 2006

William Weisberg JLT

William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Counsel of Record for Plaintiff Exide Technologies, Inc.*

Beth L. Jacobson
Joyce L. Tong
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800
(617) 338-2880 (fax)

*Of Counsel for Plaintiff Exide Technologies, Inc.*

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| EXIDE TECHNOLOGIES, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Civil Action No. |

**CERTIFICATE OF SERVICE**

I certify that on this 23 day of May, 2006, the undersigned caused a true and correct copy of the attached PLAINTIFF EXIDE TECHNOLOGIES, INC.'S MOTION FOR A PROTECTIVE ORDER, in the above-captioned matter, to be served upon Tara Hogan at the Department of Justice, Commercial Litigation Branch, by FedEx.

Joyce L. Tong

Joyce L. Tong

{B0520268; 1}

ORIGINAL

THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
MAY 24 2006
U.S. COURT OF
FEDERAL CLAIMS

EXIDE TECHNOLOGIES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

Civil Action No. 06-413 C

**PLAINTIFF EXIDE TECHNOLOGIES, INC.'S MEMORANDUM**
**IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER**

Plaintiff, Exide Technologies, Inc. ("Exide"), by its undersigned attorney, submits this memorandum in support of its Motion for a Protective Order ("Motion") in the above-captioned case, pursuant to Appendix C § VI of the Rules of the Court of Federal Claims ("RCFC"). Exide seeks a protective order (1) to ensure the protection of sensitive information; (2) to define the procedures for obtaining access thereto; and (3) to dispose of the protected information at the conclusion of the case. This Court "may issue a protective order at its discretion." Appendix C § VI, ¶ 17(a) of RCFC. For the reasons set forth herein, Exide respectfully requests that the Court grant Exide's motion.

**BACKGROUND**

Exide has filed a complaint alleging that the United States, by and through the Department of the Navy ("Navy"), acted arbitrarily, capriciously, and in violation of law when it awarded the contract to Submarine Services Network LLC. Exide also filed a motion and

memorandum of law in support thereof for limited expedited discovery and a motion and memorandum of law seeking a protective order.[1]

This action was preceded by a GAO protest regarding the same matter. The GAO protest generated an extensive administrative record, currently covered by a GAO Protective Order. That administrative record contains a great deal of contemporaneous evaluation material relevant to the issues raised in this action. The GAO has informed Exide's counsel that it may not disclose, during this action, any material covered by GAO's protective order, until and unless this Court issues its own protective order. As a result, Exide has filed a motion for leave to file certain pleadings under seal with a memorandum in support thereof. Exide simultaneously filed any motions and supporting memoranda that contain protected or sensitive information in two ways: under seal and a proposed redacted version. If the Court grants this Motion, Exide will file un-redacted versions of those documents, once they are agreed-to by the Navy.

## ARGUMENT

As more fully set forth in the complaint, this case involves the solicitation of contractors for submarine field and maintenance support of batteries on the Navy's nuclear submarine fleet, with the exception of two specific submarines. The facts and issues in this case involve confidential and proprietary trade secret information. For the record to be complete, it is necessary for Exide to refer to the administrative record, including portions that contain material currently subject to the GAO protective order. Without such relevant and important information, Exide would be prejudiced in its ability to demonstrate the several ways in which the Navy acted improperly.

---

[1] Pursuant to representations by the United States, set forth more fully in the simultaneously filed Joint Stipulation, Exide is not currently filing a motion seeking a temporary restraining order and preliminary injunction.

Specifically, Exide will rely on certain source selection information, and may rely on certain proprietary or confidential information involving its technology as compared to others from the competitive bid process. Further, if this Court grants Exide's motion for leave to conduct limited expedited discovery, additional confidential and proprietary information from the Navy could be disclosed. Accordingly, Exide respectfully requests that this Court issue a protective order in the above-referenced case.

Respectfully submitted,

EXIDE TECHNOLOGIES, INC.
By its attorneys,

May 23, 2006

William Weisberg

William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Counsel of Record for Plaintiff Exide Technologies, Inc.*

Beth L. Jacobson
Joyce L. Tong
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800
(617) 338-2880 (fax)

*Of Counsel for Plaintiff Exide Technologies, Inc.*

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| EXIDE TECHNOLOGIES, INC., Plaintiff, v. UNITED STATES, Defendant. | Civil Action No. |

## CERTIFICATE OF SERVICE

I certify that on this 23 day of May, 2006, the undersigned caused a true and correct copy of the attached PLAINTIFF EXIDE TECHNOLOGIES, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER, in the above-captioned matter, to be served upon Tara Hogan at the Department of Justice, Commercial Litigation Branch, by FedEx.

Joyce L. Tong

{B0520268; 1}