ORIGINAL

FILED
MAY 24 2006
U.S. COURT OF FEDERAL CLAIMS

THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

EXIDE TECHNOLOGIES, INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

06-413 C

Civil Action No.

**JOINT STIPULATION BETWEEN EXIDE TECHNOLOGIES, INC. AND THE UNITED STATES**

Exide Technologies, Inc. ("Exide") agrees to not immediately move for a Temporary Restraining Order and Preliminary Injunction at the Court of Federal Claims as the United States has represented that the Department of the Navy (the "Navy") intends to comply with the current bridge contract between it and Exide through June 30, 2006. If it does not appear that the litigation in the Court of Federal Claims will be resolved on or before June 30, 2006, Exide intends to give the United States reasonable notice of filing a Motion for Temporary Restraining Order and Preliminary Injunction. If the United States determines that it will terminate the bridge contract for any reason and/or go forward with the new contract with Submarine Services Network LLC ("SSN"), the contract awardee under the contract which is the subject of this bid protest action, the United States agrees that it will provide Exide with reasonable notice thereof. In the event that Exide receives such notice, Exide intends to file a Motion for Temporary Restraining Order and Preliminary Injunction.

The parties agree that all rights are reserved and this joint stipulation in no way affects Exide's right to seek permanent injunctive relief.

Respectfully submitted,

The UNITED STATES OF AMERICA

BY ITS ATTORNEYS,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

PATRICIA M. MCCARTHY
Assistant Director

TARA K. HOGAN
Tara K. Hogan
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 307-1011
(202) 514-8624 (fax)
*Counsel of Record for Defendant the United States of America*
May 22, 2006

EXIDE TECHNOLOGIES, INC.

By its attorneys,

William Weisberg JLT
William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)
*Counsel of Record for Plaintiff Exide Technologies, Inc.*

Beth L. Jacobson
Joyce L. Tong
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2872
(617) 338-2880 (fax)

*Of Counsel for Plaintiff Exide Technologies, Inc.*



{B0521398; 2}

# THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| EXIDE TECHNOLOGIES, INC., Plaintiff, v. UNITED STATES, Defendant. | Civil Action No. |

## CERTIFICATE OF SERVICE

I certify that on this 23 day of May, 2006, the undersigned caused a true and correct copy of the attached JOINT STIPULATION BETWEEN EXIDE TECHNOLOGIES, INC. AND THE UNITED STATES, in the above-captioned matter, to be served upon Tara Hogan at the Department of Justice, Commercial Litigation Branch, by FedEx.

Joyce L. Tong

{B0521398; 2}