# In the United States Court of Federal Claims

| | |
|---|---|
| EXIDE TECHNOLOGIES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-413C<br>Filed May 25, 2006 |

ORDER

On May 24, 2006, the parties filed a Joint Emergency Motion for an Expedited Initial Status Conference requesting that the Court set an initial status conference in this matter as soon as practicable. The parties represented that there is currently a bridge contract in place between the Navy and plaintiff that extends through June 30, 2006, and that it is in the parties' best interest to resolve this matter before the bridge contract expires.

The parties' Joint Emergency Motion for an Expedited Initial Status Conference is GRANTED. After consultation with counsel for the parties, the Court ORDERS that the parties shall appear for a telephonic status conference on **Friday, May 26, 2006 at 10:00 a.m**. The Court will initiate the call.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge