ORIGINAL

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

FILED
MAY 24 2006
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EXIDE TECHNOLOGIES, INC., Plaintiff, | |
| v. | Civil Action No. 06-413 C |
| UNITED STATES, Defendant. | |

**PLAINTIFF EXIDE TECHNOLOGIES, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff, Exide Technologies, Inc. ("Exide"), by its undersigned attorney, hereby moves the Court pursuant to Appendix C § III of the Rules of the Court of Federal Claims for leave to file its Complaint and its Memorandum in Support of its Motion for Expedited Limited Discovery, as well as all future filings that contain confidential or proprietary information, under seal in the above-captioned case as those documents contain confidential or proprietary information and plaintiff seeks to protect that information from public scrutiny.

As grounds for this motion, Exide offers its Memorandum in Support of Plaintiff's Motion for Leave to File Under Seal, which is being filed concurrently with this motion.

Respectfully submitted,

EXIDE TECHNOLOGIES, INC.

By its attorneys,

May 23, 2006

William Weisberg JLT
William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Counsel of Record for Plaintiff Exide Technologies, Inc.*

Beth L. Jacobson
Joyce L. Tong
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800
(617) 338-2880 (fax)

*Of Counsel for Plaintiff Exide Technologies, Inc.*



{B0521447; 1}

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| EXIDE TECHNOLOGIES, INC., Plaintiff, | : | |
| v. | : | Civil Action No. |
| UNITED STATES, Defendant. | : | |

**CERTIFICATE OF SERVICE**

I certify that on this 23 day of May, 2006, the undersigned caused a true and correct copy of the attached PLAINTIFF EXIDE TECHNOLOGIES, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL, in the above-captioned matter, to be served upon Tara Hogan at the Department of Justice, Commercial Litigation Branch, by FedEx.

Joyce L. Tong

ORIGINAL

FILED
MAY 24 2006
U.S. COURT OF FEDERAL CLAIMS

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| EXIDE TECHNOLOGIES, INC., Plaintiff, v. UNITED STATES, Defendant. | 06-413 C<br>Civil Action No. |

**PLAINTIFF EXIDE TECHNOLOGIES, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff, Exide Technologies, Inc. ("Exide"), by its undersigned attorney, hereby moves the Court pursuant to Appendix C § III of the Rules of the Court of Federal Claims for leave to file its Complaint and its Memorandum in Support of its Motion for Expedited Limited Discovery, under seal, as well as all future filings that contain confidential or proprietary information, in the above-captioned case as those documents contain confidential or proprietary information and plaintiff seeks to protect that information from public scrutiny. For the reasons set forth herein, Exide respectfully requests that the Court grant Exide's motion.

**BACKGROUND**

Exide has filed a complaint alleging that the United States, by and through the Department of the Navy ("Navy"), acted arbitrarily, capriciously, and in violation of law when it awarded the contract to Submarine Services Network. Exide also filed a motion and

memorandum of law in support thereof for limited expedited discovery and a motion and memorandum of law seeking a protective order.[1]

This action was preceded by a GAO protest regarding the same matter. The GAO protest generated an extensive administrative record, currently covered by a GAO Protective Order. That administrative record contains a great deal of contemporaneous evaluation material relevant to the issues raised in this action. The GAO has informed Exide's counsel that it may not disclose, during this action, any material covered by GAO's protective order, until and unless this Court issues its own protective order, however, it has granted Exide temporary leave to file material protected under the GAO protective order under seal with this Court pending this Court's issuance of a protective order. See Exhibit A. As a result, Exide has simultaneously filed a motion for a protective order with a memorandum in support thereof. Along with this motion, Exide simultaneously filed any motions and supporting memoranda that contain protected or sensitive information in two ways: under seal and a proposed redacted version. If the Court grants this motion, Exide will file un-redacted versions of those documents, once they are agreed-to by the Navy.

## ARGUMENT

As more fully set forth in the complaint, this case involves the solicitation of contractors for submarine field and maintenance support of batteries on the Navy's nuclear submarine fleet, with the exception of two specific submarines. The facts and issues in this case involve confidential and proprietary trade secret information. For the record to be complete, it is necessary for Exide to refer to the administrative record, including portions that contain material currently subject to the GAO protective order. Without such relevant and important information,

---

[1] Pursuant to representations by the United States, set forth more fully in the simultaneously filed Joint Stipulation, Exide is not currently filing a motion seeking a temporary restraining order and preliminary injunction.



{B0521447; 1}

Exide would be prejudiced in its ability to demonstrate the several ways in which the Navy acted improperly.

Specifically, Exide will rely on certain source selection information, and may rely on certain proprietary or confidential information involving its technology as compared to others from the competitive bid process. Further, if this Court grants Exide's motion for leave to conduct limited expedited discovery, additional confidential and proprietary information from the Navy could be disclosed. Accordingly, Exide respectfully requests that this Court grant it leave to file the requested papers, as well as all future filings containing confidential or proprietary information, under seal in the above-referenced case.

Respectfully submitted,

EXIDE TECHNOLOGIES, INC.
By its attorneys,

May 23, 2006

William Weisberg JLT

William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Counsel of Record for Plaintiff Exide Technologies, Inc.*

Beth L. Jacobson
Joyce L. Tong
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800
(617) 338-2880 (fax)

*Of Counsel for Plaintiff Exide Technologies, Inc.*

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| EXIDE TECHNOLOGIES, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| UNITED STATES, | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I certify that on this ___ day of May, 2006, the undersigned caused a true and correct copy of the attached PLAINTIFF EXIDE TECHNOLOGIES, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE UNDER SEAL, in the above-captioned matter, to be served upon Tara Hogan at the Department of Justice, Commercial Litigation Branch, by FedEx.

Joyce L. Tong



{B0521447; 1}

memorandum of law in support thereof for limited expedited discovery and a motion and memorandum of law seeking a protective order.[1]

This action was preceded by a GAO protest regarding the same matter. The GAO protest generated an extensive administrative record, currently covered by a GAO Protective Order. That administrative record contains a great deal of contemporaneous evaluation material relevant to the issues raised in this action. The GAO has informed Exide's counsel that it may not disclose, during this action, any material covered by GAO's protective order, until and unless this Court issues its own protective order, however, it has granted Exide temporary leave to file material protected under the GAO protective order under seal with this Court pending this Court's issuance of a protective order. See Exhibit A. As a result, Exide has simultaneously filed a motion for a protective order with a memorandum in support thereof. Along with this motion, Exide simultaneously filed any motions and supporting memoranda that contain protected or sensitive information in two ways: under seal and a proposed redacted version. If the Court grants this motion, Exide will file un-redacted versions of those documents, once they are agreed-to by the Navy.

**ARGUMENT**

As more fully set forth in the complaint, this case involves the solicitation of contractors for submarine field and maintenance support of batteries on the Navy's nuclear submarine fleet, with the exception of two specific submarines. The facts and issues in this case involve confidential and proprietary trade secret information. For the record to be complete, it is necessary for Exide to refer to the administrative record, including portions that contain material

[1] Pursuant to representations by the United States of America, set forth more fully in the simultaneously filed Joint Stipulation, Exide is not currently filing a motion seeking a temporary restraining order and preliminary injunction.

currently subject to the GAO protective order. Without such relevant and important information, Exide would be prejudiced in its ability to demonstrate the several ways in which the Navy acted improperly.

Specifically, Exide will rely on certain source selection information, and may rely on certain proprietary or confidential information involving its technology as compared to others from the competitive bid process. Further, if this Court grants Exide's motion for leave to conduct limited expedited discovery, additional confidential and proprietary information from the Navy could be disclosed. Accordingly, Exide respectfully requests that this Court grant it leave to file the requested papers, as well as all future filings containing confidential or proprietary information, under seal in the above-referenced case.

Respectfully submitted,

EXIDE TECHNOLOGIES, INC.
By its attorneys,

May __, 2006

______________________________
William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Counsel of Record for Plaintiff Exide Technologies, Inc.*

Beth L. Jacobson
Joyce L. Tong
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800
(617) 338-2880 (fax)

*Of Counsel for Plaintiff Exide Technologies, Inc.*



{B0521447; 1}

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| EXIDE TECHNOLOGIES, INC., Plaintiff, | : | |
| v. | : | Civil Action No. |
| UNITED STATES, Defendant. | : | |

**CERTIFICATE OF SERVICE**

I certify that on this ___ day of May, 2006, the undersigned caused a true and correct copy of the attached PLAINTIFF EXIDE TECHNOLOGIES, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE UNDER SEAL, in the above-captioned matter, to be served upon Tara Hogan at the Department of Justice, Commercial Litigation Branch, by FedEx.

Joyce L. Tong



{B0521447; 1}

GAO
Accountability * Integrity * Reliability

United States Government Accountability Office
Washington, DC 20548

May 18, 2006

William M. Weisberg, Esq.
Sullivan & Worcester LLP

Kenneth S. McLaughlin, Esq.
Meyer, Kreuzer, Esp & Cores

Angela J. Cosentino, Esq.
Department of the Navy

| | |
|---|---|
| **File No.:** | B-297302.2; B-297302.3 |
| **Protester:** | Exide Technologies, Inc. |
| **Solicitation No.:** | N00164-05-R-6950 |
| **Agency:** | Department of the Navy |

**NOTICE OF LIMITED LEAVE TO RELEASE PROTECTED INFORMATION TO A FEDERAL COURT**

This notice modifies the terms of the Government Accountability Office protective order issued on Fevruary 17, 2006, in connection with the above-referenced protest. The protective order is modified as follows to allow Exide to use protected material in a suit Exide intends to file in the United States Court of Federal Claims.

1. Protected information obtained pursuant to GAO's protective order must be filed under Seal with the United States Court of Federal Claims, and Exide must request that the Court issue a protective order to cover the information currently under the GAO protective order. Counsel for Exide remains responsible for any release of information, inadvertent or otherwise, that may occur prior to the Court issuing a protective order covering all the currently protected information.

2. Use of information protected under the GAO protective order will be governed by the protective order issued by the Court. Exide must provide a copy of

the Court's protective order to GAO upon issuance.

All terms of the GAO protective order not otherwise modified by this notice remain in effect.

John L. Formica, Esq.

GAO
Accountability * Integrity * Reliability

United States Government Accountability Office
Washington, DC 20548

# Facsimile Transmission Sheet

**Date:** May 18, 2006

**Re:** B-297302

If transmission problems occur, please call 202-512-4788.
Our fax number is 202-512-9749.

**From:** John L. Formica, Esq.

| Name | Firm/Agency | Phone | Fax |
|---|---|---|---|
| Kenneth S. McLaughlin, Jr., Esq. | Meyer, Kreuzer, Esp & Cores | 630-871-1002 | 630-871-0224 |
| Angela J. Cosentino, Esq. | Navy | 812-854-1425 | 812-854-5170 |
| William M. Weisberg, Esq. | Sullivan & Worcester | 202-775-1200 | 202-293-2275 |