IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EXIDE TECHNOLOGIES, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-413C |
| | ) (Judge George W. Miller) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of TARA K. HOGAN as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

TARA K. HOGAN
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-1011
Facsimile: (202) 307-0972

Dated: May 25, 2006

CERTIFICATE OF FILING

I hereby certify that on May 25, 2006 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Tara K. Hogan