# In the United States Court of Federal Claims

| | | |
|---|---|---|
| EXIDE TECHNOLOGIES, INC., Plaintiff, | ) | No. 06-413C |
| v. | ) | Filed May 25, 2006 |
| THE UNITED STATES, Defendant. | ) | |

ORDER

On May 24, 2006, plaintiff filed Plaintiff Exide Technologies, Inc.'s Motion for a Protective Order, together with a supporting memorandum. Plaintiff requested that the Court enter a protective order in this case pursuant to Appendix C § IV of the Rules of the Court of Federal Claims to ensure the protection of sensitive information, to define the procedures for obtaining access thereto, and to provide for disposition of protected information at the conclusion of this case. Counsel for defendant has represented that defendant does not oppose Plainitiff Exide Technologies, Inc.'s Motion for a Protective Order.

In view of the representations made by counsel for plaintiff in the memorandum in support of the motion and in view of the fact that defendant does not oppose the relief sought, Plaintiff Exide Technologies, Inc.'s Motion for a Protective Order is hereby GRANTED.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge