# In the United States Court of Federal Claims

| | | |
|---|---|---|
| EXIDE TECHNOLOGIES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 06-413C<br>Filed May 25, 2006 |

ORDER

On May 24, 2006, plaintiff filed Plaintiff Exide Technologies, Inc.'s Motion for Leave to File Under Seal together with a supporting memorandum. Plaintiff requested that the Court grant plaintiff leave to file its Complaint, its Memorandum in Support of its Motion for Leave of Court to Conduct Expedited Limited Discovery, and any future filings in this case that contain confidential or proprietary information under seal pursuant to Appendix C § III of the Rules of the Court of Federal Claims. Counsel for defendant has represented that defendant does not oppose Plainitiff Exide Technologies, Inc.'s Motion for Leave to File Under Seal.

In view of the representations made by counsel for plaintiff in the memorandum in support of the motion and in view of the fact that defendant does not oppose the relief sought, Plaintiff Exide Technologies, Inc.'s Motion for Leave to File Under Seal is hereby GRANTED.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge