# In the United States Court of Federal Claims

| | |
|---|---|
| EXIDE TECHNOLOGIES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-413C<br>Filed May 26, 2006 |

## ORDER

Plaintiff filed this bid protest action on May 24, 2006. On May 26, 2006, pursuant to the Court's Order of May 25, 2006, the parties participated in an initial telephonic status conference with the Court to discuss the nature and timing of proceedings in this case. Counsel for plaintiff reiterated that the parties desired that the Court resolve this matter before June 30, 2006, when the bridge contract between the Navy and plaintiff expires.

Defendant represented that defendant would be prepared to file the administrative record by May 31, 2006. The Court stated that it would prefer to receive the administrative record in paper form rather than electronically, and defendant agreed that paper filing would be preferable. Accordingly, the Court ORDERS that defendant shall file and serve hard copies of the administrative record on or before **Wednesday, May 31, 2006**. Defendant shall provide the court with three paper copies of the administrative record – one for the official file maintained in the office of the Clerk of the Court and two to be delivered to chambers. See Rule 5(d) of the Rules of the Court of Federal Claims ("RCFC").

Counsel for defendant represented that defendant opposes Plaintiff Exide Technologies, Inc.'s Motion for Leave of the Court to Conduct Expedited Limited Discovery ("Exide's Motion for Discovery"), which was filed along with the Complaint and related papers on May 24, 2006. The Court ORDERS that defendant shall file and serve an Opposition to Exide's Motion for Discovery on or before **Thursday, June 1, 2006**. The Court FURTHER ORDERS that plaintiff shall file and serve a Reply to Defendant's Opposition to Exide's Motion for Discovery on or before **noon on Monday, June 5, 2006**. The Court will issue a decision on Exide's Motion for Discovery on **Tuesday, June 6, 2006.** The Court FURTHER ORDERS that pending the Court's decision on that motion, the parties shall promptly schedule the depositions requested in Exide's Motion for Discovery so that if that motion is granted the deposition transcripts may be utilized

in preparing the motions and related papers described below. Such depositions shall be scheduled with the understanding that they shall be cancelled if the Court determines that Exide's Motion for Discovery should be denied.

Kenneth S. McLaughlin, Jr., counsel for Submarine Services Network, LLC ("SSN"), the company that was awarded the contract at issue, orally moved the Court to enter an order permitting SSN to intervene in this matter on the side of the defendant. Counsel for Exide stated that plaintiff had no objection to SSN's motion. Accordingly, SSN's oral motion for leave to intervene is GRANTED. Mr. McLaughlin represented that, at this time, SSN does not intend to make any filings in this case. The Court FURTHER ORDERS that if SSN wishes to make filings in this matter in the future, SSN shall follow the briefing schedule set forth herein for defendant.

Counsel for defendant represented that defendant intends to file a Cross-Motion for Judgment on the Administrative Record. The Court FURTHER ORDERS that the parties shall follow the briefing schedule set forth below:

1. Plaintiff shall file and serve Plaintiff's Motion for Judgment on the Administrative Record, together with its Statement of Facts pursuant to RCFC 56.1(b)(1) on or before **Wednesday, June 14, 2006**.

2. Defendant shall file and serve Defendant's Opposition to Plaintiff's Motion for Judgment on the Administrative Record, together with its Counter-Statement of Facts, and any Proposed Additional Facts pursuant to RCFC 56.1(b)(2), as well as Defendant's Cross-Motion for Judgment on the Administrative Record, together with its Statement of Facts pursuant to RCFC 56.1(b)(1) on or before **Tuesday, June 20, 2006**. See RCFC 7.2(e).

3. Plaintiff shall file and serve Plaintiff's Opposition to Defendant's Cross-Motion for Judgment on the Administrative Record, together with any Counter-Statement of Facts, and any Proposed Additional Facts pursuant to RCFC 56.1(b)(2), as well as Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Judgment on the Administrative Record on or before **Thursday, June 22, 2006**. See RCFC 7.2(e).

4. Defendant shall file and serve Defendant's Reply to Plaintiff's Opposition to Defendant's Cross-Motion for Judgment on the Administrative Record on or before **noon on Monday, June 26, 2006**.

The Court FURTHER ORDERS that oral argument on Plaintiff's Motion for Judgment on the Administrative Record and Defendant's Cross-Motion for Judgment on the Administrative Record shall be held on **Tuesday, June 27, 2006 at 10 a.m.** at the National Courts Building, 717 Madison Pl., NW, Washington, D.C. The Court intends to issue a decision on Plaintiff's Motion

for Judgment on the Administrative Record and Defendant's Cross-Motion for Judgment on the Administrative Record by **Friday, June 30, 2006.**

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge