IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EXIDE TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>SUBMARINE SERVICE NETWORK, LLC,<br><br>Defendant-Intervenor. | ) | No. 06-413C<br>(Judge George W. Miller) |

DEFENDANT'S STATUS REPORT

The defendant, United States, respectfully submits this status report to the Court. The defendant has discussed the contents of this status report with counsel for the plaintiff and intervenor-defendant, who do not object to the filing of this status report.

The parties have reached a tentative settlement agreement. The settlement agreement must first be approved by the Attorney General's authorized representative. The parties believe they can obtain approval and execute this settlement in the next few days and in any event, no later than the end of next week.

Because of this change of circumstances, the parties request that the Court stay the current scheduling order. Currently, the defendant's opposition to the plaintiff's motion for expedited discovery is currently due today, June 1, 2006 and the plaintiff's response is due Monday, June 5, 2006. If the parties

reach settlement, then the plaintiff will dismiss its complaint without prejudice.

The parties are available for a telephonic status conference at the convenience of the Court.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: 8th floor Classification Unit
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 514-8624

June 1, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 1, 2006 a copy of foregoing “DEFENDANT’S STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Tara K. Hogan