# In the United States Court of Federal Claims

| | |
|---|---|
| EXIDE TECHNOLOGIES, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 06-413C<br>Filed June 1, 2006 |

**ORDER**

On June 1, 2006, defendant filed Defendant's Status Report advising the Court that the parties have reached a tentative settlement agreement in this case. Defendant represented that defendant has discussed the contents of Defendant's Status Report with counsel for plaintiff and defendant-intervenor, and that counsel for plaintiff and defendant-intervenor do not object to the filing of Defendant's Status Report. Defendant also represented that the settlement agreement must be approved by the Attorney General's authorized representative, and that the parties believe that they can obtain approval and execute the settlement by June 9, 2006 at the latest. Defendant requested that the Court stay the current scheduling order in this case, which was entered on May 26, 2006, in light of the tentative settlement, and represented that the parties were available for a telephonic status conference at the convenience of the Court to discuss the potential stay. After consultation with counsel for plaintiff, defendant, and defendant-intervenor, the Court ORDERS that the parties shall appear for a telephonic status conference with the Court on **Friday, June 2, 2006 at 9:30 a.m. EDT**. The Court will initiate the call.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge