# In the United States Court of Federal Claims

| | |
|---|---|
| EXIDE TECHNOLOGIES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-413C<br>Filed June 2, 2006 |

**ORDER**

On June 2, 2006, in accordance with the Court's Order of June 1, 2006, the parties and the Court participated in a telephonic status conference to discuss Defendant's Status Report filed on June 1, 2006, which advised the Court that the parties had reached a tentative settlement agreement in this case. Counsel for defendant represented that she anticipated that the settlement agreement would be approved by the Attorney General's authorized representative by the beginning of next week at the latest. After consultation with the parties, the Court ORDERS that the parties' request to stay the briefing schedule set forth in the Court's Order of May 26, 2006 is GRANTED. The parties agreed that if the settlement agreement were not approved by the Attorney General's authorized representative for any reason, the deadlines set forth in the Court's Order of May 26, 2006 would be extended, after the stay was lifted, for a period at least equivalent to the duration of the stay.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge