**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| EXIDE TECHNOLOGIES, INC.<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | Civil Action No. 06-413C<br>Judge G. Miller |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to the Federal Court of Claims Rule 41, Exide Technologies, Inc. and the United States hereby stipulate and agree to the dismissal of the above-captioned action with prejudice consistent with and limited to the terms of the executed Settlement Agreement between the Parties.

Respectfully submitted,

The UNITED STATES OF AMERICA

BY ITS ATTORNEYS,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

PATRICIA M. MCCARTHY
Assistant Director

EXIDE TECHNOLOGIES, INC.

By its attorneys,

William M Weisberg (BLJ) June 28, 2006

William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)
*Counsel of Record for Plaintiff Exide Technologies, Inc.*

TARA K. HOGAN
Tara K. Hogan
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 307-1011
(202) 514-8624 (fax)
*Counsel of Record for Defendant the United States of America*

June 8, 2006

Beth L. Jacobson
Joyce L. Tong
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2872
(617) 338-2880 (fax)

*Of Counsel for Plaintiff Exide Technologies, Inc.*